**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Angela Perdue,
    Plaintiff,

vs.

Case No. 1:12cv421

**Dlott, J.; Bowman, M.J.**

Liberty Mutual
    Defendant.

# ORDER TO SET BRIEFING SCHEDULE[1]

The parties are ORDERED to confer and jointly file on or before 10/9/12, a briefing schedule in the above captioned ERISA matter. This schedule shall include:

1. Date by which Defendant will file an *Indexed* Administrative Record: _____

2. Date by which Cross Motions for Summary Judgement should be filed: _____

3. Date by which Responses to cross motions are to be filed: _____

4. Date by which parties will file replies to the responses _____

/s *Stephanie K. Bowman*
United States Magistrate Judge

---

[1] This is the Court's standard short-form ERISA order. If this case requires a full calendar please utilize the Rule 26(f) form from the Court's website.